FILED

02/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0429

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0429

DUANE BURCHILL,

  Petitioner and Appellant,

v.

STATE OF MONTANA,

  Respondent and Appellee.

## ORDER

  Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

  IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 6, 2023, within which to prepare, file, and serve his opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 27 2023